# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:07CR195** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **SEAN A. PUROFF,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of the government to continue the trial in this matter now scheduled for July 30, 2007 (Filing No. 13). The motion is granted. Trial of this matter will commence before Chief Judge Bataillon and a jury **at 8:30 a.m. on August 13, 2007.**

**IT IS SO ORDERED.**

DATED this 25th day of July, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge